# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MONTY JONES, | Case No. 19-CV-33 (NEB/BRT) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| RUST CONSULTING AND DEBRA THAMES, | |
| Defendants. | |

The Court has received the August 19, 2019 Report and Recommendation of United States Magistrate Judge Becky R. Thorson. [ECF No. 28.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 28] is ACCEPTED;

2. The action is DISMISSED WITHOUT PREJUDICE; and

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 1, 2019

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge